IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

FILED
9/4/2025 10:50 AM
Mariyana T. Spyropoulos
CIRCUIT CLERK
COOK COUNTY, IL
2025L008904

**LAWRENCE J. SPINO,**

    *Plaintiff(s) / Petitioner(s)*

v.

Case No.: 2025L008904

**LYFT, INC.,**

    *Defendant(s) / Respondent(s)*

## AFFIDAVIT OF SERVICE

I, Juan Washington, state:

I am over the age of 18 and not a party to this action. I am an authorized process server under the Private Detective, Private Alarm, Private Security, Fingerprint Vendor, and Locksmith Act of 2004.

I served the following documents to LYFT, INC. in Cook County, IL on August 19, 2025 at 1:03 pm at 208 South LaSalle Street, Suite 814, Chicago, IL 60604 by leaving the following documents with D Hatchett (refused full first name) who as Intake Specialist at C T Corporation System is authorized by appointment or by law to receive service of process for LYFT, INC..

COMPLAINT AT LAW
SUMMONS

Black or African American Male, est. age 25-34, glasses: Y, Black hair, 180 lbs to 200 lbs, 5' 3" to 5' 6".
Geolocation of Serve: https://google.com/maps?q=41.8799133766,-87.6321995061
Photograph: See Exhibit 1

Total Cost: $95.00

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he/she verily believes the same to be true.

Executed in

    Cook County,

    IL    on    8/20/2025.

*/s/ Juan Washington*

Signature
Juan Washington
+1 (708) 996-7939
Proof Illinois LLC
No. 117.001863



Exhibit 1a)

<_ )



Exhibit 1b)