*File Number*     6975-360-4



## To all to whom these Presents Shall Come, Greeting:

*I, Alexi Giannoulias, Secretary of State of the State of Illinois, do hereby certify that I am the keeper of the records of the Department of Business Services. I certify that*

LYFT, INC., INCORPORATED IN DELAWARE AND LICENSED TO TRANSACT BUSINESS IN THIS STATE ON OCTOBER 16, 2014, AND MUST CONDUCT ALL BUSINESS IN THIS STATE UNDER THE ASSUMED NAME OF LYFT ILLINOIS, INC., APPEARS TO HAVE COMPLIED WITH ALL THE PROVISIONS OF THE BUSINESS CORPORATION ACT OF THIS STATE, AND AS OF THIS DATE, IS A FOREIGN CORPORATION IN GOOD STANDING AND AUTHORIZED TO TRANSACT BUSINESS IN THE STATE OF ILLINOIS.



*In Testimony Whereof, I hereto set my hand and cause to be affixed the Great Seal of the State of Illinois, this*   9TH *day of* SEPTEMBER *A.D.*   2025   .

Authentication #: 2525203568 verifiable until 09/09/2026

Authenticate at: https://www.ilsos.gov

*Alexi Giannoulias*

SECRETARY OF STATE