**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

---

**Case Title**: Lawrence J. Spino v. Lyft, Inc., a Delaware Corporation

Case Number: 1:25-cv-11338

An appearance is hereby filed by the undersigned as attorney for:
Lyft, Inc.

Attorney name (type or print): Thomas N. Zahrt

Firm: Neal, Gerber & Eisenberg, LLP

Street address: 225 W. Randolph St., Ste. 2800

City/State/Zip: Chicago, Illinois 60606

Bar ID Number: 6336991
(See item 3 in instructions)

Telephone Number: 312-269-8000

Email Address: tzahrt@nge.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ☒ |
| Are you a member of the court's general bar? | ☒ | ☐ |
| Are you a member of the court's trial bar? | ☐ | ☒ |
| Are you appearing *pro hac vice*? | ☐ | ☒ |
| If this case reaches trial, will you act as the trial attorney? | ☒ | ☐ |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you a
☐ Federal Defender
☐ CJA Panel Attorney

---

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on September 16, 2025

Attorney signature: S/ Thomas N. Zahrt
(Use electronic signature if the appearance form is filed electronically.)

Revised 7/19/2023