# EXHIBIT 1

# EXHIBIT FILED UNDER SEAL