Lyft Secure Space - Legal > ToS Consent History (w_ Terms Desc)



| | user_id | name | date |
|---|---|---|---|
| 1 | _1876567569745330926 | Larry Spino | 2024-04-26 22:42:20 |
| 2 | _1876567569745330926 | Larry Spino | 2024-04-09 21:59:48 |
| 3 | _1876567569745330926 | Larry Spino | 2024-04-08 05:50:04 |
| 4 | _1876567569745330926 | Larry Spino | 2024-03-31 11:20:45 |
| 5 | _1876567569745330926 | Larry Spino | 2024-03-30 04:39:38 |
| 6 | _1876567569745330926 | Larry Spino | 2024-02-08 03:47:38 |
| 7 | _1876567569745330926 | Larry Spino | 2023-11-05 23:20:35 |