**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

LAWRENCE J. SPINO,

Plaintiff,

v.

LYFT, INC.,
a Delaware Corporation,

Defendants.

Case No.: 1:25-cv-11338

**LYFT, LLC'S AGREED MOTION FOR LEAVE TO FILE EXHIBIT UNDER SEAL**

Defendant Lyft, LLC ("Lyft"), pursuant to Local Rule 26.2, respectfully moves for leave to file under seal (1) Plaintiff Lawrence J. Spino's ("Plaintiff") Lyft profile, and (2) the Declaration of Alex Sniegowski in support of Lyft's forthcoming motion to compel arbitration. In support of this motion, Lyft states as follows:

1. On July 15, 2025, Plaintiff filed this lawsuit in the Cook County Law Division. (Dkt. 1, Exhibit 1.)

2. On September 18, 2025 Lyft filed a notice of removal, removing this case to this Court. (*Id.*)

3. Lyft's responsive pleading is due September 25, 2025.

4. Contemporaneous with the filing of this motion, Lyft is filing a motion to compel arbitration and respectfully seeks leave of Court to file under seal the following document in support of its motion to compel arbitration:

- Declaration of Alex Sniegowski – This declaration contains personal information regarding Plaintiff, including his phone number and email address.

- Plaintiff's Lyft profile – Plaintiff's Lyft profile contains personal information Plaintiff uploaded to the Lyft App including a photograph of herself, her phone

number, and her email address. It also contains confidential information from Lyft's proprietary internal systems.

5. Out of an abundance of caution and to both protect the personal identification information of Plaintiff and the confidential information from Lyft's proprietary internal systems, Lyft requests leave to file the document identified above under seal.

6. Counsel for Lyft contacted counsel for Plaintiff regarding this motion for leave to file exhibit under seal. Counsel for Plaintiff has agreed to the sealing of both documents.

WHEREFORE, Lyft respectfully requests that this motion be granted and that the Court enter an order granting Lyft leave to file under seal Plaintiff's Lyft profile in support of Lyft's forthcoming motion to compel arbitration and granting any other and further relief the Court deems just and appropriate.

Dated: September 25, 2025

Respectfully Submitted,

LYFT, INC.

By: ______________________
One of Its Attorneys

Eric Y. Choi
Gail E. Lee
Thomas N. Zahrt
NEAL, GERBER & EISENBERG LLP
225 W. Randolph St., Suite 2800
Chicago, Illinois 60606
Telephone: (312) 269-8000
Facsimile: (312) 980-0736
echoi@nge.com
glee@nge.com
tzahrt@nge.com

*Counsel for Defendant Lyft, Inc.*

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that he electronically filed the foregoing ***Lyft, LLC's Agreed Motion for Leave to File Exhibit Under Seal*** using the CM/ECF system, which will send notice of this electronic filing to all counsel of record receiving electronic notification on September 25, 2025.

*/s/ Eric. Y. Choi*
Attorney for Lyft, Inc.