**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Lawrence J. Spino
Plaintiff,
v.
Lyft, Inc.
Defendant.

Case No.: 1:25−cv−11338
Honorable Martha M. Pacold

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, October 6, 2025:

MINUTE entry before the Honorable Martha M. Pacold: Plaintiff's response to defendant's motion to compel and stay proceedings, [9], is due by 10/27/2025. Defendant's reply brief is due by 11/10/2025. The parties are directed to file an initial joint status report by 11/12/2025. (rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.