**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

**LAWRENCE J. SPINO,**

**PLAINTIFF,**

**V.** **CASE NO.: 1:25-cv-11338**

**LYFT, INC., A DELWARE CORPORATION,**

**DEFENDANT.**
_______________________________________/

## DECLARATION OF LAWRENCE J. SPINO

I, Lawrence J. Spino, declare the following:

1. I have personal knowledge of the information contained in this Declaration and can testify truthfully to these facts if sworn under oath as witness.

2. I am over the age of eighteen, of sound mind and body, and submit this declaration in support of my response in opposition to Lyft's Motion to Compel Arbitration and Stay Proceedings.

3. I am the plaintiff in the case captioned *Lawrence J. Spino v. Lyft, Inc.*, Case Number 1:25-cv-11338.

4. I was a driver for Lyft beginning in late 2023.

5. My last drive with passengers for Lyft was on June 23, 2024 when unknown users of the Lyft platform carjacked me and shot me in the spine, leaving me paralyzed.

6. At no time while driving for Lyft do I recall agreeing to Lyft's Terms of Service attached to Lyft's Motion to Compel Arbitration and Stay Proceedings.

7. Further, I have never seen Lyft's Terms of Service in the format presented to the Court. I have never received any copies of Lyft's Terms of Service written on paper.

8. I do not recall agreeing to and have never seen or read the purported arbitration agreement contained within Lyft's Terms of Service attached to Lyft's Motion to Compel Arbitration and Stay Proceedings.

9. Had I known that Lyft required drivers to arbitrate claims related to catastrophic injuries related to criminal actions, I would not have driven for Lyft.

FURTHER SAYETH NOT.

Larry Spino

Lawrence J. Spino