IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

LAWRENCE J. SPINO,

    PLAINTIFF,

V.                                CASE NO.: 1:25-cv-11338

LYFT, INC., A DELWARE
CORPORATION,

    DEFENDANT.
_____/

**JOINT INITIAL STATUS REPORT**

NOW COME Plaintiff, LAWRENCE J. SPINO, by and through his attorneys, ROMANUCCI & BLANDIN, LLC, and Defendant, Lyft, Inc., by and through their counsel NEAL, GERBER & EISENBERG, LLP, and pursuant to this Honorable Court's Minute Entry October 6, 2025 (ECF #13), submit the following Joint Initial Status Report:

1. **Nature of the Case**

   a. **Identify the attorneys of record for each party, including the lead trial attorney.**

   Plaintiffs' Counsel:    Michael D. Cerasa
                                 Isabella Mazzanti
                                 ROMANUCCI & BLANDIN, LLC.
                                 321 N. Clark St., Suite 900
                                 Chicago, IL 60654
                                 T: 312-253-8618
                                 E: mcerasa@rblaw.net
                                     imazzanti@rblaw.net

   Defendant's Counsel:    Eric Y. Choi
                                 Gail E. Lee
                                 Thomas Zahrt
                                 NEAL, GERBER & EISENBERG
                                 225 W Randolph Street, Suite 2800
                                 Chicago, Illinois 60606
                                 T: 312.269.2912
                                 E: echoi@nge.com
                                 E: glee@nge.com

E: tzahrt@nge.com

    b. **Describe the nature of the claims asserted in the complaint and any counterclaims.**

    This is a negligence and product liability claim involving an alleged injury to Plaintiff Lawrence J. Spino, who was carjacked and shot by a passenger while driving for hire using Defendant's rideshare platform. No counter-claims and/or third-party claims have been filed.

    c. **State the major legal and factual issues in the case.**

    Whether or not Defendant was negligent in causing or contributing to cause Plaintiff's alleged injuries and damages. Whether Defendant's rideshare platform is a "product" subject to product liability laws. Whether Defendant had a duty to foresee and protect Plaintiff from the criminal actions of third parties. Defendant disputes liability, causation and damages. Further, Defendant contends Plaintiff's claims are subject to arbitration pursuant to an agreement between the parties. Defendant has moved to compel the same.

    d. **Describe the relief sought by the plaintiff (and counter-claimant).**

    Plaintiffs' Complaint at Law prayed for judgment against Defendant in an amount in excess of the $50,000.00 jurisdictional limit of the Circuit Court of Cook County Law Division plus costs. Plaintiff seeks damages for medical expenses, pain and suffering, loss of normal life and disability, and loss of wages and ability to earn.

2. **Jurisdiction**

    a. **Identify all federal statutes on which federal question jurisdiction is based.**

        i. Not applicable

    b. **If jurisdiction over any claims is based upon diversity or supplemental jurisdiction:**
        i. There is no dispute that the amount in controversy exceeds $75,000, exclusive of interest and costs, based on Plaintiff's, Lawrence J. Spino's, injuries which include paralysis. Plaintiffs' counsel represents that Plaintiff has accrued over $1,000,000.00 in medical bills to date.
        ii. At the time of the filing of the Complaint and at the time of removal, Plaintiff was and is a citizen of and domiciled in the State of Illinois. Defendant Lyft, Inc. was and is a Delaware Corporation with its principal place of business in San Francisco, California.

3. **Status of Service:**

    a. All parties have been served.

4. **Consent to Proceed Before a United States Magistrate Judge:**

   a. Counsel has advised the parties of their right to proceed before a magistrate judge. There is not unanimous consent among the parties to do so.

5. **Motions**

   a. Defendant filed a Motion to Compel Arbitration and Stay Proceedings on September 25, 2025. Plaintiff filed his Response and Memorandum of Law in Opposition to Defendant's Motion to Compel Arbitration and Stay Proceedings on October 27, 2025. Defendant filed its Reply on November 10, 2025.

6. **Status of Settlement Discussions**

   a. **State whether any settlement discussions have occurred.**

   Counsel for the parties have not had settlement discussions.

   b. **Describe the status of any settlement discussions; and**

   No settlement discussions have occurred.

   c. **Whether the parties request a settlement conference.**

   The parties do not request a settlement conference at this time.

|  |  |
|---|---|
| Respectfully submitted,<br>LAWRENCE J. SPINO | Respectfully submitted,<br>LYFT, INC. |
| By: *s/Michael D. Cerasa*<br>One of his attorneys | By: */s/ Gail Lee*<br>One of their attorneys |
| Romanucci & Blandin, LLC<br>312 N Clark St. Suite 900<br>Chicago, IL 60654<br>T: 312.458.1000<br>F. 312.458.1004<br>mcerasa@rblaw.net<br>imazzanti@rblaw.net<br>mchacon@rblaw.net | Neal, Gerber & Eisenberg, LLP<br>225 W Randolph St. Suite 2800<br>Chicago, IL 60606<br>T: 312.269.2912<br>F: 312.429.3526<br>echoi@nge.com<br>glee@nge.com<br>tzahrt@nge.com |

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that a true and correct copy of the foregoing **Joint Initial Status Report** was filed on the 11th of November, 2025, with the Clerk of Court using the CM/ECF electronic filing system of the Northern District of Illinois, which will automatically serve all counsel of record.

By: *s/Michael D. Cerasa*
One of Plaintiff's Attorneys

Michael D. Cerasa
ROMANUCCI & BLANDIN, LLC.
321 N. Clark St., Suite 900
Chicago, IL 60654
T: 312.253.8618
E: mcerasa@rblaw.com