**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

**LAWRENCE J. SPINO,**

**PLAINTIFF,**

**V.** **CASE NO.: 1:25-cv-11338**

**LYFT, INC., A DELWARE CORPORATION,**

**DEFENDANT.**
_______________________________________/

**PLAINTIFF'S LOCAL RULE 3.2 NOTIFICATION OF AFFILIATES**

Pursuant to Local Rule 3.2, Plaintiff, Lawrence J. Spino states that, after diligent review, no individual qualifies as an "affiliate" of Plaintiff.

Plaintiff will supplement this disclosure within thirty (30) days of any change in the information previously reported, as required by Local Rule 3.2.

Respectfully submitted,
LAWRENCE J. SPINO

By: *s/Michael D. Cerasa*
One of his attorneys

Romanucci & Blandin, LLC
312 N Clark St. Suite 900
Chicago, IL 60654
T: 312.458.1000
F. 312.458.1004
mcerasa@rblaw.net
imazzanti@rblaw.net
mchacon@rblaw.net

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that a true and correct copy of the foregoing **Notification of Affiliates** was filed on the 6th of January, 2026, with the Clerk of Court using the CM/ECF electronic filing system of the Northern District of Illinois, which will automatically serve all counsel of record.

By: *s/Michael D. Cerasa*
One of Plaintiff's Attorneys

Michael D. Cerasa
ROMANUCCI & BLANDIN, LLC.
321 N. Clark St., Suite 900
Chicago, IL 60654
T: 312.253.8618
E: mcerasa@rblaw.com