**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

LAWRENCE J. SPINO,

Plaintiff,

v.

LYFT, INC.,
a Delaware Corporation,

Defendants.

Case No.: 1:25-cv-11338

**DEFENDANT LYFT, INC.'S NOTIFICATION OF AFFILIATES**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, Defendant Lyft, Inc. ("Lyft"), by and through its undersigned counsel, hereby certifies that the following listed parties have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. Lyft is a publicly traded corporation that has no parent corporation.

2. The following entities directly own 5% or more of Lyft: Ameriprise Financial, Inc., AQR Management Holdings, LLC, and The Vanguard Group, Inc.

3. Lyft is a Delaware corporation with its principal place of business at 185 Berry Street, San Francisco, California 94107.

Dated: January 12, 2026

Respectfully Submitted,

LYFT, INC.

By: /s/ [signature]
One of Its Attorneys

Eric Y. Choi
Gail E. Lee
Thomas N. Zahrt
NEAL, GERBER & EISENBERG LLP
225 W. Randolph St., Suite 2800
Chicago, Illinois 60606
Telephone: (312) 269-8000
Facsimile: (312) 980-0736
echoi@nge.com
glee@nge.com
tzahrt@nge.com

*Counsel for Defendant Lyft, Inc.*

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that he electronically filed the foregoing ***Defendant Lyft, Inc.'s Notification of Affiliates*** the CM/ECF system, which will send notice of this electronic filing to all counsel of record receiving electronic notification on January 12, 2026.

*/s/ Eric Y. Choi*__________

Attorney for Lyft, Inc.