**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

Lawrence J. Spino
Plaintiff,
v.
Lyft, Inc.
Defendant.

Case No.: 1:25−cv−11338
Honorable Martha M. Pacold

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, March 25, 2026:

MINUTE entry before the Honorable Martha M. Pacold: Oral argument on defendant's motion to compel and stay proceedings, [9], is set for 6/11/2026 at 10:00 a.m. in Courtroom 2325. Mailed notice. (lxk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.