**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

**LAWRENCE J. SPINO,**

**PLAINTIFF,**

**V.** **CASE NO.: 1:25-cv-11338**

**LYFT, INC., A DELWARE CORPORATION,**

**DEFENDANT.**
______________________________________/

# JOINT STATUS REPORT

NOW COME Plaintiff, LAWRENCE J. SPINO, by and through his attorneys, ROMANUCCI & BLANDIN, LLC, and Defendant, Lyft, Inc., by and through their counsel NEAL, GERBER & EISENBERG, LLP, and pursuant to this Honorable Court's Docket Entry April 23, 2026 (ECF #21), submit the following Joint Status Report:

**1. Status of Settlement Discussions**

**a. Have the parties exhausted settlement possibilities.**

No.

**b. Are settlement discussions ongoing.**

The parties have discussed the possibility of setting a mediation conference, Plaintiff is in the process of finalizing information needed on damages to communicate a demand to Defendant. The parties request until June 1, 2026 to inform the Court of a final decision on setting mediation.

Respectfully submitted,
LAWRENCE J. SPINO

By: *s/Michael D. Cerasa*
One of his attorneys

Romanucci & Blandin, LLC
312 N Clark St. Suite 900
Chicago, IL 60654

Respectfully submitted,
LYFT, INC.

By: *_/s/ Gail Lee_____________*
One of their attorneys

Neal, Gerber & Eisenberg, LLP
225 W Randolph St. Suite 2800
Chicago, IL 60606

T: 312.458.1000
F. 312.458.1004
mcerasa@rblaw.net
imazzanti@rblaw.net
mchacon@rblaw.net

T: 312.269.2912
F: 312.429.3526
echoi@nge.com
glee@nge.com
tzahrt@nge.com

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that a true and correct copy of the foregoing **Joint Initial Status Report** was filed on the 7th of May, 2026, with the Clerk of Court using the CM/ECF electronic filing system of the Northern District of Illinois, which will automatically serve all counsel of record.

By: *s/Michael D. Cerasa*
One of Plaintiff's Attorneys

Michael D. Cerasa
ROMANUCCI & BLANDIN, LLC.
321 N. Clark St., Suite 900
Chicago, IL 60654
T: 312.253.8618
E: mcerasa@rblaw.com