**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

**LAWRENCE J. SPINO,**

**PLAINTIFF,**

**V.** **CASE NO.: 1:25-cv-11338**

**LYFT, INC., A DELWARE CORPORATION,**

**DEFENDANT.**
______________________________________/

**JOINT STATUS REPORT**

NOW COME Plaintiff, LAWRENCE J. SPINO, by and through his attorneys, ROMANUCCI & BLANDIN, LLC, and Defendant, Lyft, Inc., by and through their counsel NEAL, GERBER & EISENBERG, LLP, and pursuant to this Honorable Court's Docket Entry May 11, 2026 (ECF #23), submit the following Joint Status Report:

**1. Status of Settlement Discussions**

**a. Have the parties exhausted settlement possibilities.**

No.

**b. Are settlement discussions ongoing.**

Plaintiff has communicated a settlement demand to Defendant and the parties are willing to attend voluntary mediation.

**2. June 11, 2026 Oral Argument**

a. The parties request that Oral Argument be moved to a date in July that works for the Court's schedule, to allow the parties time to pursue a resolution.

Respectfully submitted,
LAWRENCE J. SPINO

By: *s/Michael D. Cerasa*
One of his attorneys

Respectfully submitted,
LYFT, INC.

By: *_/s/ Gail Lee_______________*
One of their attorneys

Romanucci & Blandin, LLC
312 N Clark St. Suite 900
Chicago, IL 60654
T: 312.458.1000
F. 312.458.1004
mcerasa@rblaw.net
imazzanti@rblaw.net
crojas@rblaw.net

Neal, Gerber & Eisenberg, LLP
225 W Randolph St. Suite 2800
Chicago, IL 60606
T: 312.269.2912
F: 312.429.3526
echoi@nge.com
glee@nge.com
tzahrt@nge.com

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that a true and correct copy of the foregoing **Joint Initial Status Report** was filed on the 1st of June, 2026, with the Clerk of Court using the CM/ECF electronic filing system of the Northern District of Illinois, which will automatically serve all counsel of record.

By: *s/Michael D. Cerasa*
One of Plaintiff's Attorneys

Michael D. Cerasa
ROMANUCCI & BLANDIN, LLC.
321 N. Clark St., Suite 900
Chicago, IL 60654
T: 312.253.8618
E: mcerasa@rblaw.com