**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

**LAWRENCE J. SPINO,**

**PLAINTIFF,**

**V.** **CASE NO.: 1:25-cv-11338**

**LYFT, INC., A DELWARE CORPORATION,**

**DEFENDANT.**
_______________________________________/

# STATUS REPORT

NOW COME Plaintiff, LAWRENCE J. SPINO, by and through his attorneys, ROMANUCCI & BLANDIN, LLC pursuant to this Honorable Court's Docket Entry September 11, 2026 (ECF #28), submits the following Status Report:

**1. Status of Settlement Discussions**

**a. Have the parties exhausted settlement possibilities.**

No.

**b. Are settlement discussions ongoing.**

Plaintiff has communicated a settlement demand to Defendant. The parties have not been able to agree to mediate the case. Defendant has not responded to Plaintiff's demand.

**2. October 20, 2026 Oral Argument**

**a.** The Plaintiff requests that Oral Argument be held on the Defendant's Motion to Stay Proceedings and Compel Arbitration as scheduled on October 20, 2026.

Respectfully submitted,
LAWRENCE J. SPINO

By: *s/Michael D. Cerasa*
One of his attorneys

Romanucci & Blandin, LLC
312 N Clark St. Suite 900
Chicago, IL 60654
T: 312.458.1000
F. 312.458.1004
mcerasa@rblaw.net
imazzanti@rblaw.net
crojas@rblaw.net

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that a true and correct copy of the foregoing **Joint Initial Status Report** was filed on the 26th of June, 2026, with the Clerk of Court using the CM/ECF electronic filing system of the Northern District of Illinois, which will automatically serve all counsel of record.

By: *s/Michael D. Cerasa*
One of Plaintiff's Attorneys

Michael D. Cerasa
ROMANUCCI & BLANDIN, LLC.
321 N. Clark St., Suite 900
Chicago, IL 60654
T: 312.253.8618
E: mcerasa@rblaw.com