**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

**LAWRENCE J. SPINO,**

**Plaintiff,**

**v.** **Case No.: 1:25-cv-11338**

**LYFT, INC., a Delaware Corporation,**

**Defendant.**

---

**PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY IN OPPOSITION TO DEFENDANT'S MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS**

Plaintiff, LAWRENCE J. SPINO, by and through his attorneys, ROMANUCCI & BLANDIN, LLC, respectfully submits this Notice of Supplemental Authority in opposition to Defendant Lyft, Inc.'s Motion to Compel Arbitration and Stay Proceedings (ECF 9). Pursuant to this Court's inherent authority to consider relevant legal developments, Plaintiff brings to the Court's attention the Illinois Supreme Court's recent decision in *Geller v. Uber Technologies, Inc.*, 2026 IL 132066 (Sept. 24, 2026), a copy of which is attached hereto as **Exhibit A**.

**STATEMENT**

On September 24, 2026, the Illinois Supreme Court issued its opinion in *Geller v. Uber Technologies, Inc.*, 2026 IL 132066, addressing the enforceability of a delegation clause and arbitration provision contained in a rideshare company's terms-of-use agreement. The decision is directly relevant to the pending Motion to Compel Arbitration and Stay Proceedings (ECF 9) and Defendant's Reply in Support thereof (ECF 15), which rely heavily on the delegation clause in Lyft's Terms of Service and on *Henry Schein, Inc. v. Archer & White Sales, Inc.*, 586 U.S. 63 (2019).

The *Geller* decision, issued by the Illinois Supreme Court on September 24, 2026, constitutes the most recent and authoritative statement of Illinois law on the enforceability of delegation clauses and arbitration provisions in rideshare terms-of-use agreements and is directly applicable to the issues before this Court. Plaintiff respectfully requests that the Court consider this supplemental authority in ruling on Defendant's pending Motion to Compel Arbitration and Stay Proceedings.

WHEREFORE, Plaintiff LAWRENCE J. SPINO respectfully requests that the Court consider this supplemental authority in connection with Defendant's Motion to Compel Arbitration and Stay Proceedings (ECF 9).

Respectfully Submitted,

*/s/ Michael D. Cerasa*
ROMANUCCI & BLANDIN, LLC
Michael D. Cerasa, Esq.
321 N. Clark St., Suite 900
Chicago, IL 60654
t.: 312.253.8618
f.: 312.458.1004
e.: mcerasa@rblaw.net
Atty. No.: 6343734

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that a true and correct copy of the foregoing **Notice of Supplemental Authority** was filed on September 28, 2026, with the Clerk of Court using the CM/ECF electronic filing system of the Northern District of Illinois, which will automatically serve all counsel of record.

By: *s/Michael D. Cerasa*
One of Plaintiff's Attorneys

Michael D. Cerasa
ROMANUCCI & BLANDIN, LLC.
321 N. Clark St., Suite 900
Chicago, IL 60654
T: 312.253.8618

E: mcerasa@rblaw.com